

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-14-00249-CV

| | | |
|---|---|---|
| Brand FX, LLC d/b/a Brand FX Body Company | § | From the 271st District Court |
| | § | of Wise County (CV14-05-321) |
| v. | § | February 26, 2015 |
| Curtis Rhine | § | Opinion by Justice Gabriel |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's order. It is ordered that the order of the trial court denying Brand FX, LLC's motion to compel arbitration is reversed and remanded to the trial court for entry of an order compelling the parties' dispute to arbitration pursuant to the parties' arbitration agreement.

It is further ordered that appellee Curtis Rhine shall bear the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By /s/ Lee Gabriel
Justice Lee Gabriel